IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 13-59400 |
| | : | |
| DAVID W. BOBST | : | CHAPTER: 11 |
| SANDRA E. BOBST | : | |
| | : | |
| Debtors-in-Possession. | : | JUDGE: HOFFMAN |

### MONTHLY OPERATING REPORT FOR BOBST COLLISION, INC
### JULY 2014

Please take notice of the filing of the Debtors-in-Possession's monthly operating report for the month of July 2014, attached hereto.

Respectfully submitted,

/s/ Garry A. Sabol
Garry A. Sabol (0002004)
Attorney for Debtors-in-Possession
1530 Demorest Drive
Columbus, OH 43228
(614) 871-8970
(614) 871-5297 Fax
sabolg@yahoo.com

# Bobst Collision, Inc.

# JULY, 2014

Financial Reports and Certification

Of Compliance Filed with

United States Trustee

Bobst Collision, Inc.
11/6/2014

**TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR
THE TAX PERIOD: July, 2014**

CASE No.: _____
Chapter 11
Judge: _____

Bobst Collision, Inc. _____
    Debtor

As debtor in possession, I affirm:

1    That I have reviewed the financial statements attached hereto, consisting of:

| | | |
|---|---|---|
| X | Operating Statement | (Form 2) |
| X | Balance Sheet | (Form 3) |
| X | Summary of Operations | (Form 4) |
| X | Monthly Cash Statement | (Form 5) |
| X | Statement of Compensation | (Form 6) |
| X | Schedule of In-Force Insurance | (Form 7) |

and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated.

2    That the insurance, including worker's compensation and unemployment insurance as described in Section 4 pf the Reporting Requirements for Chapter 11 cases is in effect, and
(if not, attach a written explanation)    YES __X__    NO _____

3    That all postpetition taxes as described in Sections 1 and 14 of the Operating instructions and Reporting Requirements for Chapter 11 cases are current.
(if not, attach a written explanation)    YES __X__    NO _____

4    No professional fees (attorney, accountant, etc.) have been paid without specific court authorization.
(if not, attach a written explanation)    YES __X__    NO _____

5    All United States Trustee Quarterly fees have been paid and are current.
    YES __X__    NO _____

6    Have you filed your prepetition tax returns.
(if not, attach a written explanation)    YES __X__    NO _____

I hereby certify, under penalty of perjury, that the information provided above and in the attached documents is true and correct to the best of my information and belief.

Dated:    15-Sep-14

Bobst Collision, Inc.
Debtor in Possession, by
Name:
Roy D. Lucas
Title:
Certified Public Accountant
Phone:
614-861-2869

Bobst Collision, Inc.  
11/6/2014

**TRANSMITTAL OF FINANCIAL REPORTS AND  
CERTIFICATION OF COMPLIANCE WITH  
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR  
THE TAX PERIOD: July, 2014**

Form 1

**OPERATING STATEMENT**
**Period Ending: July 31, 2014**

Case No:_____

|  | Current Month | Total Since Filing |
|---|---|---|
| Total Revenue/Sales | 20,140.10 | 20,140.10 |
| Cost of Sales | 519.69 | 519.69 |
| GROSS PROFIT | 19,620.41 | 19,620.41 |
| **EXPENSES:** | | |
| Officer Compensation | | |
| Salary Expenses Other Employees | | |
| Employee Benefits & Pensions | 1,415.13 | 1,415.13 |
| Payroll Taxes | | |
| Other Taxes | | |
| Rent and Lease Expense | 99.92 | 99.92 |
| Interest Expense | | |
| Insurance | | |
| Automobile and Truck Expense | | |
| Utilities (gas, electric, phone) | | |
| Depreciation | | |
| Travel and Entertainment | | |
| Repairs and Maintenance | | |
| Advertising | | |
| Supplies, Office Expense, etc. | 333.55 | 333.55 |
| Other - Specify | | |
| Other - Specify | | |
| TOTAL EXPENSES: | 1,848.60 | 1,848.60 |
| NET OPERATING PROFIT (LOSS) | 17,771.81 | 17,771.81 |
| Add: Non-Operating Income: | | |
| Interest Income | | |
| Other Income | | |
| Less: Non-Operating Expense: | | |
| Professional Fees | | |
| Other | | |
| NET INCOME/(LOSS) | 17,771.81 | 17,771.81 |

Form 2

BALANCE SHEET
Period Ending: July 30, 2014

Case No:_____

|  | Current Month | Total Prior Month | At Filing |
|---|---|---|---|
| **ASSETS:** |  |  |  |
| Cash: | 15,888.88 |  | 15,506.13 |
| Inventory: |  |  |  |
| Accounts Receivable: | 23,054.40 |  | 7,297.87 |
| Insider Receivables: |  |  |  |
| Land and Buildings: | 367,000.00 |  | 367,000.00 |
| Furniture., Fixtures, & Equip. | 101,816.40 |  | 101,816.40 |
| Accumulated Depreciation | -54,210.83 |  | -54,210.83 |
| Other: |  |  |  |
| Other: |  |  |  |
| **TOTAL ASSETS:** | 453,548.85 |  | 437,409.57 |
| **LIABILITIES:** |  |  |  |
| Post Petition Liabilities |  |  |  |
| Accounts Payable |  |  |  |
| Rent and Lease Payable |  |  |  |
| Wages and Salaries Pay. |  |  |  |
| Taxes Payable |  |  |  |
| Other: |  |  |  |
| **TOTAL Postpetition Liab.:** |  |  | 0.00 |
| **SECURED LIABILITIES:** |  |  |  |
| Subject to Postpetition |  |  | 698,920.16 |
| Collateral or Financing Order: |  |  |  |
| All Other Secured Liabilities |  |  |  |
| **TOTAL Secured Liabilities:** |  |  | 698,920.16 |
| **PREPETITION LIABILITIES:** |  |  |  |
| Taxes & Other Priority Liabilities | 696,322.64 |  |  |
| Unsecured Liabilities: | 23,098.97 |  | 22,133.98 |
| Other: |  |  |  |
| **TOTAL Prepetition Liab.** | 719,421.61 |  | 22,133.98 |
| **EQUITY:** |  |  |  |
| Owners Capital: | 15,230.23 |  | 15,230.23 |
| Retained Earnings - Pre Pet. | -281,102.99 |  | -298,874.80 |
| Retained Earnings - Post Pet. |  |  |  |
| **TOTAL Equity** | -265,872.76 |  | -283,644.57 |
| **TOTAL LIABILITIES AND EQUITY** | 453,548.85 |  | 437,409.57 |

Form 3

**Bobs Collision, Inc.**
SUMMARY OF PAYABLES AND RECEIVABLES
Period Ended: AUGUST, 2014

11/6/2014

Case No:_____

### Schedule of Postpetition Taxes Payable

| | Beginning Balance | Accrued/ Withheld | Payments/ Deposits | Ending Balance |
|---|---|---|---|---|
| **Income Taxes Withheld:** | | | | |
| Federal: | 0.00 | | | 0.00 |
| State: | 0.00 | | | 0.00 |
| Local: | 0.00 | | | 0.00 |
| **FICA Withheld:** | 0.00 | | | 0.00 |
| **Employers FICA:** | 0.00 | | | 0.00 |
| **Unemployment Tax:** | | | | |
| Federal: | | | | 0.00 |
| State: | | | | 0.00 |
| **Sales, Use & Excise Taxes:** | 0.00 0.00 | | 0.00 | 0.00 |
| **Property Taxes:** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Worker's Compensation:** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Other:** | | | | |
| **TOTALS:** | 0.00 | 0.00 | 0.00 | 0.00 |

### AGING OF ACCOUNTS RECEIVABLE AND POSTPETITION ACCOUNTS PAYABLE

| Age in Days: | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Post Petition Accounts Payable: | | | |
| Accounts Receivable: | | | |

For all postpetition accounts payable over 30 days old, please attach a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization.

_____
_____
_____
_____

**Bobs Collision, Inc.**
*SUMMARY OF PAYABLES AND RECEIVABLES*
*Period Ended: AUGUST, 2014*

11/6/2014

Form 4

**Bobst Collision, Inc.**
MONTHLY CASH REPORT
Period Ended: JULY, 2014

11/6/2014

Case No: _____

|  | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct. | Petty Cash Acct. |
|---|---|---|---|---|---|
| A. Beginning Balance | 19,897.29 | | | | |
| B. Receipts | 0.00 | | | | |
| C. Balance Available (A + B) | 19,897.29 | 0.00 | 0.00 | | |
| D. Less: Disbursements (Attach separate schedule) | 4,008.41 | | | | |
| E. Ending Balance (C - D) | 15,888.88 | 0.00 | 0.00 | 0.00 | 0.00 |

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

General Account:
   1. Depository Name & Location   Fifth/Third
   2. Account Number (last 4 digits only)   3713

Payroll Account:
   1. Depository Name & Location   Fifth/Third
   2. Account Number (last 4 digits only)   3739

Tax Account:
   1. Depository Name & Location   Fifth/Third
   2. Account Number (last 4 digits only)   3721

Other monies on hand (specify type and location) i.e., CD's bonds, ect.

_____

_____

Form 5

Bobst Collision, Inc.
CASH REPORT
11/6/2014

(BASED UPON A CONSOLIDATED ACCOUNTING OF ALL D-I-P ACCOUNTS)

CASE NAME: Bobst Collision, Inc.

CASE NUMBER: _____

MONTH AND YEAR: July, 2014

| | |
|---|---|
| Beginning cash balance (i.e. ending balance from previous report): | $19,897.29 |
| Add: All receipts for the month. Do not include transfers between accounts: | $0.00 |
| Deduct: All disbursements for the month. Do not include transfers between accounts. | $4,008.41 |
| Net cash flow (receipts minus disbursements) | -$4,008.41 |
| Ending cash balance (i.e. next month's beginning cash balance) | $15,888.88 |

******************************************************************************

REPORT OF UNPAID DELINQUENT POST PETITION TAXES

| TAXING AUTHORITY | TAX TYPE | TAX PERIOD | DUE DATE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Form 5A

Bobst Collision, Inc.  11/6/2014

## MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS
### Period Ending: August, 2014

Case No.: _____

The following information is to be provided for each shareholder, officer, director, manager, Insider, or owner that is employed by the debtor in possession. <u>Attach additional pages if necessary.</u>

| Name: | Dave Bobst | Capacity: | x | Shareholder |
|---|---|---|---|---|
| | | | x | Officer |
| | | | x | Director |
| | | | x | Insider |

Detailed Description of Duties: _____
_____
_____

| Current Compensation Paid: | Weekly | or | Monthly |
|---|---|---|---|
| | | | $0.00 |

| Current Benefits Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | | | |
| Life Insurance | | | |
| Retirement | | | |
| Company Vehicle | | | |
| Entertainment | | | |
| Travel | | | |
| Other Benefits | | | |
| Total Benefits | | | $0.00 |

Current Other Payments Paid:

- Rent Paid
- Loans
- Other (Describe)
- Other (Describe)
- Other (Describe)
- Total Other Payments

| CURRENT TOTAL OF ALL PAYMENTS: | Weekly | or | Monthly |
|---|---|---|---|
| | | | $0.00 |

Dated:   9/15/14         Roy D. Lucas, CPA
                         Principal, Officer, Director, or Insider

Form 6

Bobst Collision, Inc.
SCHEDULE OF IN-FORCE INSURANCE
Period Ending: JULY, 2014

11/6/2014

Case Name: _____    Case No.: _____

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Worker's Compensation | Ohio Bureau of Worker's Comp. | |
| General Business Policy | Auto Owners | |
| Health Insurance | Anthem Blue Cross/Blue Shield | |
| | | |
| | | |
| | | |
| | | |

Form 7

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2014 a copy of the foregoing Monthly Operating Account was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. US Trustee @ ustpregion09.cb.ecf@usdoj.gov

Jeffrey L. Pfriem @ Jeffrey.l.pfriem@usdoj.gov

Jeremy S. Flannery @ Jeremy.S.Flannery@usdoj.gov

and on the following by **ordinary U.S. Mail** addressed to:

David & Sandra Bobst
4820 Grebus Road
Columbus, OH 43207

/s/ Garry A. Sabol (0002004)
Garry A. Sabol
Attorney for Debtors-in-Possession